**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY LENNON and MOLLIE FLANIGAN,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>CITY OF LOS ANGELES, and DOES 1 – 50 inclusive,<br><br>    *Defendants.* | Case No. CV 23-1183 MRW<br>*Assigned to Hon. Michael R. Wilner, USMJ*<br><br>[~~PROPOSED~~]<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-captioned action against Defendants **CITY OF LOS ANGELES** are dismissed, *with prejudice*, in its entirety. Each party to bear their own costs and fees.

    ***IT IS SO ORDERED***.

Dated:   10/26/2023

                                      **HONORABLE MICHAEL WILNER**
                                      **UNITED STATES MAGISTRATE JUDGE**